UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND PICKENS, | ) Case No. CV 10-1555-SJO(RC) |
| | ) |
| Plaintiff, | ) ORDER ADOPTING REPORT AND |
| | ) RECOMMENDATION OF UNITED STATES |
| vs. | ) MAGISTRATE JUDGE |
| | ) |
| LOS ANGELES COUNTY SHERIFF | ) |
| DEPUTIES, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

    Pursuant to 28 U.S.C. Section 636, the Court has reviewed the
Complaint and other papers along with the attached Report and
Recommendation of United States Magistrate Judge Rosalyn M. Chapman,
and has made a de novo determination.


    IT IS ORDERED that (1) the Report and Recommendation is
approved and adopted; and (2) Judgment shall be entered dismissing
the complaint and action without prejudice.

//

//

//

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, and the Magistrate Judge's Report and Recommendation by the United States mail on plaintiff.

May 7, 2010

DATED: _____

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

R&R\10-1555.ado
4/7/10

2