UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAYMOND PICKENS, | ) | Case No. CV 10-1555-SJO(RC) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| LOS ANGELES COUNTY SHERIFF DEPUTIES, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered dismissing the complaint and action without prejudice.

   May 7, 2010

DATE: _____     _____
                   S. JAMES OTERO
                 UNITED STATES DISTRICT JUDGE

R&R\10-1555.jud
4/7/10